UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEONTAE GORDON,

       Plaintiff,

File No: 2:16-cv-89

v.

HON. GORDON J. QUIST

UNKNOWN RONDEAU, et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING THE REPORT AND RECOMMENDATION

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The Court has reviewed the Report and Recommendation ("R&R") filed by United States Magistrate Timothy Greeley. (ECF No. 35.) The R&R has been duly served on the parties, and no objection has been made within the time required by law. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 35) is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to expedite a decision on Defendants' motion for summary judgment or to lift the stay on discovery (ECF No. 36) is **DENIED** as **MOOT**.

Dated: May 5, 2017                                                           /s/ Gordon J. Quist
                                                                                      GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE